## Calkins *v.* Postal Telegraph Company, Appellant.

Argued Jan. 19, 1903. Appeal, No. 27, Jan. T., 1903, by defendant, from judgment of C. P. Wayne Co., May T., 1901, No. 68, on verdict for plaintiff, in case of Moraldus Calkins v. Postal Telegraph Company. Before BEAVER, SMITH, W. W. PORTER, W. D. PORTER and MORRISON, JJ. Affirmed.

OPINION BY MORRISON, J., March 12, 1903 :
This case is similar to Shevalier v. the same defendant, in

which an opinion is this day filed at No. 26, January term, 1903, and for the reasons given therein the assignments of error are all overruled, except the one relating to interest, which is sustained to the extent of striking off the interest: Richards v. Citizens' Natural Gas Co., 130 Pa. 37.

Judgment reduced nunc pro tunc as of March 7, 1902, to $469.96, and thereupon judgment affirmed.

